**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HILDA L. SOLIS, Secretary of Labor,**
**United States Department of Labor,**

    **Plaintiff,**

v.                                          Case No. 8:10-cv-1858-T-30AEP

**ANGELL CONTRACTING AND**
**CONSTRUCTION, INC., et al.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Clerk's Defaults as to all of the Defendants (Dkt. 13). A review of the docket in this case demonstrates that clerk's defaults are warranted as to all of the defendants, except Chad E. Angell, an individual. Angell filed a suggestion of bankruptcy on January 7, 2011 (Dkt. 7). Thus, a clerk's default as to him would be inappropriate.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Clerk's Defaults as to all of the Defendants (Dkt. 13) is hereby GRANTED in part and DENIED in part.

2. The Clerk is directed to enter Clerk's Defaults as to all of the Defendants, except Defendant Chad E. Angell, an individual.

**DONE** and **ORDERED** in Tampa, Florida on February 10, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1858.mtclerk'sdefault13.frm